IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.C.B., et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA, | : | NO. 25–1924 |
|     Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2025, on consideration of the Defendant's Unopposed Motion for an Extension of Time in which to Respond to the Complaint, and for good cause shown, it is hereby ordered that the motion is **GRANTED**. The Defendant shall answer or otherwise respond to the Complaint on or before **August 27, 2025**.

BY THE COURT:

_____
KAI N. SCOTT
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C.B., et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | |
| UNITED STATES OF AMERICA, | NO. 25–1924 |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

In accord with Section II–B of the Court's Policies and Procedures, and under Federal Rule of Civil Procedure 6(b), defendant United States of America respectfully moves for a 30-day extension of time in which to answer or otherwise respond to the Complaint in this action. Good cause exists to grant this motion, and the motion is unopposed. In support of this request, the government states:

1.  Plaintiffs filed their Complaint in this action on April 15, 2025. *See* ECF 1.

2.  The United States Attorney's Office for the Eastern District of Pennsylvania accepted service of the Complaint on May 27, 2025. *See* ECF 4. As such, under Federal Rule of Civil Procedure 12(a)(2), with the two extra days added by Federal Rule of Civil Procedure 4(a)(2)(C), the Defendant's current deadline to answer or otherwise respond to the Complaint is Monday, July 27, 2025.

3.  The Complaint asserts seven counts and asserts factual allegations of conduct by several different federal departments and agencies, including the U.S. Department of Homeland Security (DHS) and its components U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services (USCIS); and the U.S. Department of Health and Human Services (HHS) and its component Office of Refugee Resettlement (ORR).

4. The government is in the process of locating and compiling the relevant information needed to respond to the allegations of the Complaint, but that process is unlikely to be complete by the current deadline to respond of July 27, 2025.

5. Additionally, Defendant will need additional time to coordinate and obtain approval for its response to the Complaint with counsel for the relevant agencies, including DHS, HHS, CBP, and ICE, as well as supervisory counsel within the U.S. Department of Justice and the U.S. Attorney's Office.

6. Moreover, undersigned lead counsel for the Defendant will be out of the office on a pre-planned family vacation during the week of August 18–22, 2025.

7. Defendant therefore requests a 30-day extension of time in which to respond to the Complaint, to and including August 27, 2025.

8. Counsel for Plaintiffs has stated that they do not oppose Defendant's request for additional time in which to respond to the Complaint.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline to respond to the Complaint to August 27, 2025. A proposed order is attached.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Mark J. Sherer
MARK J. SHERER
Assistant United States Attorney
615 Chestnut St., Suite 1250
Philadelphia, Pennsylvania 19106
(215) 861-8445
mark.sherer@usdoj.gov

Dated: July 9, 2025

**CERTIFICATION OF UNCONTESTED MOTION
UNDER LOCAL CIVIL RULE 7.1(b)**

I certify that on July 2 and July 9, 2025, I communicated by email with attorney Karen Hoffmann, counsel for the plaintiffs, regarding this request, and that on July 9, 2025, Ms. Hoffmann confirmed by email that the plaintiffs do not oppose the defendant's foregoing motion, which is therefore uncontested.

Dated: July 9, 2025

/s/ Mark J. Sherer
MARK J. SHERER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that on this date, the foregoing motion was filed using the Court's CM/ECF system, which will automatically serve it on counsel of record for all parties who have appeared in this action.

Dated: July 9, 2025                        /s/ Mark J. Sherer
                                                      MARK J. SHERER
                                                      Assistant United States Attorney