IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

D.C.B., minor child, and Mr. B., his father,

Plaintiff,

v.

United States of America,

Defendant.

NO. 25–1924

**ORDER**

AND NOW, this 10th day of September, 2025, on consideration of the Plaintiffs' Unopposed Motion for an Extension of Time in which to Respond to Defendant's Motion to Dismiss, and for good cause shown, it is hereby ordered that the motion is **GRANTED**. The Plaintiffs shall answer or otherwise respond to the motion on or before **September 24, 2025**.

BY THE COURT:

KAI N. SCOTT
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

D.C.B., minor child, and Mr. B., his father,

    Plaintiff,

v.

United States of America,

    Defendant.

NO. 25–1924

## PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

In accord with Section II–B of the Court's Policies and Procedures, and under Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully move for a 14-day extension of time in which to answer or otherwise respond to Defendant's Motion to Dismiss in this action. Good cause exists to grant this motion, and the motion is unopposed. In support of this request, Plaintiffs state:

1. On August 27, 2025, Defendant filed a Motion to Dismiss all the claims in Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

2. Plaintiffs' deadline to respond to the motion is September 10, 2025.

3. Undersigned counsel is an immigration attorney whose practice has required attention to numerous emergent matters in the past two weeks, and requires more time to fully respond to the arguments in Defendant's motion.

4. Plaintiffs therefore respectfully request a 14-day extension of time in which to respond to the Motion to Dismiss, to and including September 24, 2025.

5. Counsel for Defendant has stated that they do not oppose Plaintiffs'

request for additional time in which to respond to the motion.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline to respond to the Motion to Dismiss to September 24, 2025. A proposed order is attached.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Karen L. Hoffmann*
KAREN L. HOFFMANN, ESQ.
Ellenberg Law Group
Two Penn Center
1500 JFK Blvd., Suite 1825
Philadelphia, PA 19102
(215) 790-1682
karen@sellenberglaw.com

*Counsel for Plaintiffs*

## CERTIFICATION OF UNCONTESTED MOTION
## UNDER LOCAL CIVIL RULE 7.1(b)

I certify that on September 9, 2025, I communicated by email with Assistant United States Attorney Mark Sherer, counsel for Defendant, regarding this request, and that on September 9, 2025, Mr. Sherer confirmed by email that Defendant does not oppose Plaintiffs' foregoing motion, which is therefore uncontested.

Dated: September 9, 2025      /s/ *Karen L. Hoffmann*
                              KAREN L. HOFFMANN, ESQ.


## CERTIFICATE OF SERVICE

I certify that on this day, the foregoing motion was filed using the Court's CM/ECF system, which will automatically serve it on counsel of record for all parties who have appeared in this action.

Dated: September 9, 2025      /s/ *Karen L. Hoffmann*
                              KAREN L. HOFFMANN, ESQ.