IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C.B. et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>          Defendant. | CIVIL ACTION<br>NO. 25-1924 |

## SCHEDULING ORDER

**AND NOW,** this **14th** day of **April, 2026**, upon consideration of the Court's Order requiring the Parties to conduct jurisdictional discovery as to the basis or bases for Mr. B. and D.C.B.'s separation (ECF No. 19) and the representations made by counsel at the Status Conference held on April 8, 2026, it is hereby **ORDERED** that:

1.    Jurisdictional discovery shall be completed by **August 10, 2026.**

2.    The Court will hold a Status Conference on **August 20, 2026, at 11:30 a.m. via telephone.**

3.    Any motion(s) or briefing by the Parties after the close of jurisdictional discovery and relating to the Court's jurisdiction over the remaining claims shall be submitted by **September 10, 2026**.

4.    Any responses by the Parties in opposition to such motion(s) or briefing shall be submitted by **October 13, 2026.**

5.    Any further replies by the Parties shall be submitted by **October 27, 2026.**

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge